IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAMON LONG, | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-12-683 |
| KATHY ROY *et al.*, | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

In accordance with the foregoing memorandum, it is hereby ORDERED:

1. The Clerk shall CORRECT the file in this case to reflect accurately the name of the corporate defendant as United Collections Bureau, Inc.

2. Treated as a motion to dismiss for failure to state a claim, Defendants' motion (ECF No. 6) is GRANTED as to Count Five (intentional infliction of emotional distress) and as to any claims by Plaintiff under Maryland statutes.

3. Treated as a motion for summary judgment, Defendants' motion (ECF No. 6) is GRANTED as to Counts One (FDCPA) and Two (FCRA).

4. Judgment is ENTERED for Defendants.

5. The Clerk shall CLOSE the case and ENSURE all parties receive a copy of this order and the accompanying memorandum.

DATED this 25th day of July, 2012.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge